**Scura, Wigfield, Heyer & Stevens, LLP**
1599 Hamburg Tpk
Wayne, NJ 07470
973-696-8391
973-696-8571

Invoice submitted to:

Robert & Thomasina Fagan
21 Hickory Road
West Orange, NJ

April 21, 2016

In Reference To: Chapter 13 hourly
Case # C13-00780
Invoice # 39237

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/20/2016 | JJS3 | Meeting with client for first appointment | 1.00<br>375.00/hr | 375.00 |
| 2/1/2016 | JJS3 | Meeting with paralegal on file set up and strategy on plan - reviewing tax records on property - call to broker | 0.40<br>375.00/hr | 150.00 |
|  | JJS3 | Meeting with client second appointment | 0.80<br>375.00/hr | 300.00 |
| 2/2/2016 | TA | Paralegal- Set up New client file, Enter Client Information into time matters & time slips, scan Retainer. | 0.50<br>150.00/hr | NO CHARGE |
| 2/4/2016 | JBE | Review of documents. Started working on petition. Voicemail to client. | 1.20<br>150.00/hr | 180.00 |
| 2/10/2016 | JBE | Petition work. Prepared plan and plan calculations. | 2.00<br>150.00/hr | 300.00 |
| 2/11/2016 | DG | received credit counseling certificates; download and save to file. | 0.10<br>150.00/hr | NO CHARGE |
|  | JBE | Telephone call with client. | 0.10<br>150.00/hr | 15.00 |
|  | JBE | Telephone call with client. Petition work. | 0.60<br>150.00/hr | 90.00 |
| 2/15/2016 | JBE | Petition revisions. | 0.60<br>150.00/hr | 90.00 |

Robert & Thomasina Fagan                                                                                                        Page     2

|            |     |                                                                                                                          | Hrs/Rate        | Amount    |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|-----------------|-----------|
| 2/16/2016  | CB  | Reviewed prepared petition, made changes, discussed signing appt. and filing with JES and MF                             | 0.50 375.00/hr  | 187.50    |
| 2/18/2016  | CB  | Meeting with clients to review and sign BK petition and Plan. Discussed minor changes made with clients, with JES        | 0.60 375.00/hr  | 225.00    |
| 2/22/2016  | JBE | Petition and plan revisions, telephone call with client. Filed case and plan.                                            | 0.80 150.00/hr  | 120.00    |
|            | CB  | Call with client to discuss Sears bill and their attorney being listed in BK                                             | 0.10 375.00/hr  | 37.50     |
|            | CB  | Discussion with JES regarding IRS monies owed                                                                            | 0.10 375.00/hr  | 37.50     |
|            | CB  | Call with client to discuss auto. withdrawals from bank account as well as Care Credit card that has credit on the same  | 0.20 375.00/hr  | 75.00     |
| 2/25/2016  | DG  | received notice of 341(a) hearing; diary same and diary date docs due to trustee.                                        | 0.10 150.00/hr  | NO CHARGE |
|            | JBE | 341 letter to client. Uploaded docs to Trustee. Prepared retention application for realtor. Telephone call and email to realtor. | 2.00 150.00/hr  | 300.00    |
| 2/26/2016  | CB  | Reviewed IRS POC and discussed with JES                                                                                  | 0.20 375.00/hr  | 75.00     |
| 3/1/2016   | JBE | Filed and served retention application.                                                                                  | 0.50 150.00/hr  | 75.00     |
| 3/4/2016   | JBE | Email exchange with realtor.                                                                                             | 0.20 150.00/hr  | 30.00     |
| 3/7/2016   | CB  | Call with client to discuss Ally POC                                                                                     | 0.10 375.00/hr  | 37.50     |
| 3/10/2016  | JBE | Telephone call with client.                                                                                              | 0.10 150.00/hr  | NO CHARGE |
| 3/21/2016  | CB  | Telephone call with client to discuss water bill sale notice on Belleville property as well as IRS delinquency letter for 2015 return, which is not yet due | 0.10 375.00/hr  | 37.50     |
| 3/29/2016  | CB  | Drive to and from Newark for 341 hearing                                                                                 | 1.60 150.00/hr  | 240.00    |
|            | CB  | Plan and prepare for 341 hearing. Reviewed pleadings, PACER, and NDC website. Discussed making March Plan payment with JES | 0.50 375.00/hr  | 187.50    |
|            | CB  | Appearance at 341 hearing. Time includes discussion post-341 and preparation with clients                                | 0.50 375.00/hr  | 187.50    |

Robert & Thomasina Fagan                                                                                 Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/30/2016 | JBE | Telephone call with client. | 0.10<br>150.00/hr | NO CHARGE |
| 4/14/2016 | CB | Telephone call with client to discuss 1099-C received from Chase and implications on tax return | 0.10<br>375.00/hr | 37.50 |
| 4/21/2016 | CB | Drive to and from Newark for Confirmation hearing (time split with other clients) | 0.30<br>150.00/hr | 45.00 |
|  | JBE | Voicemail for client and IRS. | 0.20<br>150.00/hr | 30.00 |
|  | CB | Court appearance at Confirmation hearing | 0.30<br>375.00/hr | 112.50 |
|  |  | For professional services rendered | 16.50 | $3,577.50 |

Additional Charges :

| 2/9/2016 | Signature Information Solutions- Search | 20.00 |
|---|---|---|
| 2/22/2016 | Filing Fee | 310.00 |
|  | Total costs | $330.00 |
|  | Total amount of this bill | $3,907.50 |
| 2/5/2016 | Payment - Thank You. Check No. 6664 | ($2,000.00) |
| 2/18/2016 | Payment - Thank You. Check No. 6670 | ($350.00) |
|  | Total payments and adjustments | ($2,350.00) |
|  | Balance due | $1,557.50 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| JJS3 - John J. Scura III, Esq. | 2.20 | 375.00 |
| CB - Christopher Balala, Esq. | 3.30 | 375.00 |
| CB - Christopher Balala, Esq. | 1.90 | 150.00 |
| DG - Dianne Giardina - Paralegal | 0.20 | 0.00 |
| JBE - John B Esposito - Paralegal | 8.20 | 150.00 |
| JBE - John B Esposito - Paralegal | 0.20 | 0.00 |
| TA - Tami Arce - Paralegal | 0.50 | 0.00 |